## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Catherine Peterson,

      Plaintiff,                         Civil No. 08-1533 (RHK/SRN)

vs.                                **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Wyeth, a/k/a Wyeth, Inc., f/k/a
American Home Products Corporation,
Wyeth Pharmaceuticals, a/k/a Wyeth
Pharmaceuticals, Inc., f/k/a Wyeth-Ayerst
Laboratories Company, a division of Wyeth,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 4, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge